Court of Chancery. Kent. August 12, 1822.

*Ridgely's Notebook IV, 76.*

### [THE JUDICIARY.]

August, 1822.